UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JEFFREY LEE MOORE, :
:
Plaintiff, :
: CASE NO. 4:17-cv-42-JRG-CHS
v. :
:
CITY OF CHATTANOOGA, TENNESSEE, :
and BRIAN BLUMENBERG, individually :
and in his capacity as an officer for the :
CHATTANOOGA POLICE DEPARTMENT, :
:
Defendants. :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff, JEFFREY LEE MOORE, files this Stipulation of Dismissal with Prejudice, signed by all parties that have appeared, stipulating that this action is dismissed with prejudice as to the Defendants, CITY OF CHATTANOOGA and BRIAN BLUMBENBERG, individually and in his capacity as an officer for the CHATTANOOGA POLICE DEPARTMENT.

All parties further stipulate that each party will be responsible for their respective costs, including attorney's fees, of this action.

SWAFFORD, PETERS, PRIEST & HALL

By: /s/ Robert S. Peters
ROBERT S. PETERS – BPR #3630
*Attorneys for Plaintiff*
120 North Jefferson Street
Winchester, TN 37398
(931) 967-3888

Page 1 of 2

_____
GLEN A. ISBEL – BPR #20147
*Attorney for Plaintiff*
16 South Jefferson Street
Winchester, TN 37398
(931) 962-9008

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY

By: _____
PHILLIP A. NOBLETT - BPR #10074
*Deputy City Attorney*
KEITH J. REISMAN – BPR #26974
*Assistant City Attorney*
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250